THE URBAN LAW FIRM
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile:  (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
                 nring@theurbanlawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, | CASE NO.: 2:14-cv-00126-GMN-PAL |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| MARBELLA FLOORING, INC., a California corporation; ROBERT IMUS, an individual; ARTHUR MENCHACA, an individual; and ROBERT OLMOS, an individual, | |
| Defendants. | |

/ / /

/ / /

1

Pursuant to the written Stipulation of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, shall recover from Defendants, MARBELLA FLOORING, INC., a California corporation, and ROBERT IMUS, an individual, jointly and severally, the principal amount of $21,256.32, plus interest thereon at 5.25% per annum from June 27, 2014.  Any payments made on this judgment on or after June 27, 2014 by any Defendant with respect to the claims in this suit shall be credited toward satisfaction of the judgment.

**DATED** this 9th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court